# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK J. LEWIS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **BRIGHTVIEW LANDSCAPE SERVICES, INC.,** | : | |
| | : | |
| *Defendant.* | : | **NO. 23-cv-02643** |

## O R D E R

**AND NOW,** this 16th day of January 2024, it having been reported that the issues between the parties in the above action have been settled (ECF No. 11) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is removed from stay and is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)